1

2

3   *E-FILED on 3/27/13*

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  OSCAR JONES,                    )        No. C 12-5621 RMW (PR)
                                    )
            Plaintiff,              )        ORDER GRANTING MOTION
11                                  )        FOR EXTENSION OF TIME
      v.                            )        TO FILE AMENDED
12                                  )        COMPLAINT
    WARDEN R. GROUNDS, et al.,      )
13                                  )
            Defendants.             )
14  _____)        (Docket No. 8)

15          Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42

16  U.S.C. § 1983, alleging a violation of his Eighth Amendment rights.  Plaintiff also raised claims

17  under the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act

18  ("RA").  On January 22, 2013, the Court dismissed with leave to amend Plaintiff's ADA and

19  RA claims.  (Doc. No. 3.)  Plaintiff was directed to file an amended complaint within thirty days.

20  Plaintiff has filed a motion for extension of time to file an amended complaint.  (Doc. No. 8.)

21  Plaintiff's request is **GRANTED**.

22          Plaintiff shall file an amended complaint **within thirty days from the date this order is**

23  **filed.**  The amended complaint must include the caption and civil case number used in this order

24  (C 12-5621 RMW (PR)) and the words AMENDED COMPLAINT on the first page.

25          IT IS SO ORDERED.

26  DATED: ___3/25/13___

27                                          RONALD M. WHYTE
                                            United States District Judge

28

Order Granting Motion for Ext. of Time to file Amended Complaint
G:\PRO-SE\SJ.Rmw\CR.12\Jones621eot-ac.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

OSCAR JONES,

               Plaintiff,

  v.

B ROBERTS et al,

               Defendant.

_____/

Case Number: CV12-05621 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Jones C-56642
PO Box 689
Soledad, CA 93690-0689

Dated: March 27, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk