IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN R. GROUNDS, et al.,<br><br>    Defendants. | No. C 12-5621 RMW (PR)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>TO FILE AMENDED<br>COMPLAINT<br><br>(Docket No. 8) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging a violation of his Eighth Amendment rights. Plaintiff also raised claims under the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act ("RA"). On January 22, 2013, the Court dismissed with leave to amend Plaintiff's ADA and RA claims. (Doc. No. 3.) Plaintiff was directed to file an amended complaint within thirty days. Plaintiff has filed a motion for extension of time to file an amended complaint. (Doc. No. 8.) Plaintiff's request is **GRANTED**.

Plaintiff shall file an amended complaint **within thirty days from the date this order is filed.** The amended complaint must include the caption and civil case number used in this order (C 12-5621 RMW (PR)) and the words AMENDED COMPLAINT on the first page.

IT IS SO ORDERED.

DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Ext. of Time to file Amended Complaint
G:\PRO-SE\SJ.Rmw\CR.12\Jones621eot-ac.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSCAR JONES,

        Plaintiff,

  v.

B ROBERTS et al,

        Defendant.

Case Number: CV12-05621 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Jones C-56642
PO Box 689
Soledad, CA 93690-0689

Dated: March 27, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk