1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **OSCAR JONES,** | Case No. C 12-5621 RMW (PR) |
| Plaintiff, | **[] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME** |
| **v.** | |
| **WARDEN R. GROUNDS, et al.,** | |
| Defendants. | |

12

13

14

15

16

17

18        Defendants B. Roberts and E. Robinson (Defendants) moved this Court for a sixty-day

19  extension of time to file a dispositive motion, up to and including September 13, 2013.  After full

20  consideration, and good cause appearing, Defendants' motion is GRANTED.

21        Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon

22  Defendants no later than twenty-eight days from the date Defendants file and serve their

23  dispositive motion.  Defendants must file and serve a reply brief no later than fourteen days after

24  the date that Plaintiff files and serves an opposition to the dispositive motion.  Absent further

25  order, the motion will be deemed submitted on the date the reply is filed, without a hearing.

26  Dated: _____

27                                              _____
                                              *Ronald M. Whyte*
                                              The Honorable Ronald M. Whyte

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

OSCAR JONES,

        Plaintiff,

  v.

B ROBERTS et al,

        Defendant.

_____/

Case Number: CV12-05621 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Jones C-56642
PO Box 689
Soledad, CA 93690-0689

Dated: August 12, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk