1

2

3    *E-FILED on 12/19/14*

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| OSCAR JONES, | ) | No. C 12-5621 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| B. ROBERTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

16

17        The court has granted defendants' motion for summary judgment.  Therefore, judgment is

18   entered in favor of defendant and against plaintiff.  The clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED: _____12/19/14_____

                                        *Ronald M. Whyte*
21                                       RONALD M. WHYTE
                                         United States District Judge

22

23

24

25

26

27

28

P:\PRO-SE\RMW\CR.12\Jones621jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSCAR JONES,

               Plaintiff,

  v.

B. ROBERTS et al,

               Defendant.

_____ /

Case Number: CV12-05621 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Jones C-56642
P.O. Box 689
Soledad, CA 93690-0689

Dated: December 19, 2014

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk